## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

**In Re:**

    **Mimose Dambreville,**                                      **Chapter 13**
    **Debtor**                                                               **Case No.  13-16482**

_____

### RESPONSE TO US BANK TRUST NA'S RESPONSE TO NOTICE OF FINAL CURE PAYMENT

      Now comes the Debtor and responds to US Bank Trust NA's Response to Notice of Final Cure Payment.  In support of this, Debtor states as follows:

1. Debtor denies being $13,042.19 in arrears to US Bank Trust NA and believes she only owes one payment.  Additionally, US Bank Trust NA's prior counsel sent correspondence to Debtor's prior counsel indicating that the loan was only one month past due.

2. Debtor further state that counsel has requested a payment history and breakdown of the alleged arrears from US Bank Trust NA and has not yet received it.

**Wherefore**, the Debtors request the court finds as follows:

1. US Bank Trust NA's Response to Trustee Notice of Final Cure Payment be denied for the amount claimed.

2. For such other relief as the court deems just.

                                                                             Debtor,
                                                                             by her attorney,

Dated:  March 5, 2019                      /s/ John Ullian
                                                           John Ullian, Esq.
                                                           The Law Firm of Ullian & Associates, P.C.
                                                           220 Forbes Road, Suite 106
                                                           Braintree, MA 02184
                                                           (781) 848-5980
                                                          BBO# 542786

## CERTIFICATE OF SERVICE

    I, John Ullian, hereby certify under the pains and penalties of perjury that I served the foregoing **RESPONSE TO US BANK TRUST NA'S RESPONSE TO NOTICE OF FINAL CURE PAYMENT** via ECF or mailing a copy of same, postage prepaid, to the following interested parties:

| | |
|---|---|
| Carolyn Bankowski<br>Chapter 13 Trustee Boston<br>P. O. Box 8250<br>Boston, MA 02114 | John Fitzgerald<br>Office of the US Trustee<br>J.W. McCormack Post Office & Courthouse<br>5 Post Office Sq., 10th Fl, Suite 1000<br>Boston, MA 02109 |
| Mimose Dambreville<br>8 Cochato Park<br>Randolph, MA 02368 | US Bank Trust NA<br>Stephanie Babin, Esq.<br>Sassoon & Cymrot LLP<br>84 State Street, Suite 820<br>Boston MA 02109 |

Dated:  March 5, 2019        /s/ John Ullian
                                      John Ullian, Esq.
                                      The Law Firm of Ullian & Associates, P.C.
                                      220 Forbes Road, Suite 106
                                      Braintree, MA 02184
                                      (781) 848-5980
                                      BBO No. 542786