UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Mimose Dambreville                    **Case/AP Number** 13-16482 **-FJB**
                                                 **Chapter** 13

Continued Hearing:
#114 Notice of Final Cure Mortgage Payment Rule 3002.1 Re: Proof of Claim # 10 (Bankowski, Carolyn)
#119 Response filed by Creditor U.S. Bank Trust, NA, as Trustee of the SCIG Series III Trust as serviced by BSI Financial Services. (Babin, Stephanie)
#122 Response filed by Debtor Mimose Dambreville Re: 119 Response filed by Creditor U.S. Bank Trust, NA. (Ullian, John)

**COURT ACTION:**

_____Hearing held

_____Granted          _____Approved          _____Moot

_____Denied           _____Denied without prejudice       _____Withdrawn in open court

_____Overruled _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order      _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. By agreement of the parties, the hearing is continued to July 18, 2019, at 10:30 A.M.

IT IS SO ORDERED:

*/s/ Frank J. Bailey*

Dated: 05/23/2019

Frank J. Bailey
United States Bankruptcy Judge